UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v. Case No.: 6:26-mj-01890-LHP

HUASHAN LU, YUXIANG ZHAO,
AND YONGBO LI

_________________________________/

## ORDER FOR INTERPRETER'S SERVICES

On finding that the services of an interpreter are necessary for interpreting judicial proceedings herein it is, in accordance with the Court Interpreter's Act,

ORDERED that Mandarin interpreter to serve at all further judicial proceedings before the Court in this case, with leave to submit claim for compensation therefor at the conclusion of the case on forms of the Clerk in accordance with the Act and regulations promulgated thereunder.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2026.

Leslie Hoffman Price
LESLIE HOFFMAN PRICE
UNITED STATE MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant